Jeffrey B. Isaacs (SBN 117104)
Amy Yeh (SBN 228174)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone: (213) 929-5550
Facsimile: (213) 955-5794
Email: *jisaacs@ifcounsel.com*
*ayeh@ifcounsel.com*

*Attorneys for Defendant
Farshad Sassounian*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FARSHAD SASSOUNIAN,<br><br>Defendant. | CASE NO. CR 20-00586-ODW-3<br><br>**DEFENDANT FARSHAD SASSOUNIAN'S SUBMISSION OF LETTER TO THE COURT**<br><br>Hon. Otis D. Wright II<br><br>Date: July 19, 2021<br>Time: 9:00 a.m.<br>Dept: 5D |

Defendant Farshad Sassounian, by and through his undersigned counsel, submits the attached letter from him to the Court, in connection with his upcoming sentencing on July 19, 2021.

Respectfully submitted,

DATED: July 13, 2021

**ISAACS | FRIEDBERG LLP**

_____
Jeffrey B. Isaacs, Esq.
Amy Yeh, Esq.
*Attorneys for Defendant Farshad Sassounian*

July 13, 2021

Honorable Otis D. Wright, II
United States District Judge
350 West 1st Street
Los Angeles, California 90012

Dear Judge Wright,

Thank you for the opportunity to address Your Honor in writing.

I am deeply sorry and accept full responsibility for my actions that have brought me before the Court. My conduct was inexcusable and shameful. I blame no one but myself, and I take full responsibility for my conduct.

I understand the need to be truthful and accurate in my tax returns, and that what I did in this case is not just wrong, but a criminal offense. I apologize to the Court, the criminal investigators and the government for my conduct and the trouble I have caused.

My father immigrated to this country 40 years ago, and taught me better. He is now in his late 80's and suffers from late stage Parkinson's disease. I see the pain in his eyes, and it will devastate me forever to know how I've disappointed him in these final years of his life.

I have been fully forthcoming with my wife, teenage daughters and other family members, close friends, employer and Rabbi about my involvement in these criminal proceedings and that what I did was a crime. I especially want my daughters to know that when you do something wrong, no matter how serious, you must own up to it and be prepared to face the consequences.

For the past four years, I have attempted to make amends for my inexcusable conduct, and I intend to continue to do so. I pleaded guilty, made full restitution to the IRS, including interest and penalties, and have done everything else the government has required of me. I have always valued and been involved in community service, and I will continue to give back to my community and help others in whatever way I can, whether ordered to do so or not.

I am striving to be a better husband, father, son, friend and employee. I especially want to make sure that my wonderful parents are receiving the care and support they need.

I made a fundamental career change four years ago so that I would never be in this position again. I now work in the restaurant industry, managing two restaurants with a staff of over 70 and helping to open a third restaurant. I was able to keep the restaurants open throughout the worst of the COVID pandemic, with very few layoffs, and I am now attempting to meet the latest challenges to the business (high costs and lack of employees) and ensure that the restaurants can remain open through these difficult times.

493677.1

Honorable Otis D. Wright, II
July 13, 2021
Page **2** of **2**

I am truly sorry for the harm, trouble and pain that I alone have caused. I understand that there will be consequences for my actions, and I am prepared to accept them. I will never again shame myself and my family by breaking the law.

Respectfully,

*[signature]*

Farshad Sassounian

493677.1